IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YUDELKA MEJIA,
next friend of YASHAEL A. ALMONTE MEJIA,

       Petitioner,

v.                                            No. 26-cv-0084-JB-JMR

DORA CASTRO, *Warden of the Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement*; TODD LYONS, *Acting Director
Immigration and Customs Enforcement*;
KRISTI NOEM, *Secretary, U.S. Department
of Homeland Security*; and PAMELA BONDI,
*U.S. Attorney General*,

       Respondents,[1]

## **ORDER TO SERVE AND ANSWER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 Habeas Petition (Doc. 1)

("Petition") filed by Yudelka Mejia as next friend of Yashael Almonte Mejia.  Also before the

Court are Petitioner's Emergency Motion for Release or Conditional Parole (Doc. 3) and

Emergency Motion to Stay Credible Fear Interview and Expedited Removal Actions (Doc. 4)

(together, the "Motions").  The Petition challenges the Mejia's continued immigration detention,

including the failure to provide a bond hearing.

The Clerk's Office shall email a copy of the Petition (Doc. 1); Declaration (Doc. 2); and

---

[1] Petitioner submitted a standard 28 U.S.C. § 2241 petition, but the Respondents are not entirely clear. The Court adds the above-mentioned parties as Respondents.  *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Motions (Docs. 3, 4) to the United States Attorney's Office for the District of New Mexico (USAO), which answers § 2241 immigration petitions on behalf of the Federal Respondents.   The USAO must file a response to the Petition and the Motions by **February 3, 2026**.

**IT IS ORDERED** that the Clerk's Office shall email a copy of this Order and all filings in this case to the United States Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov. The USAO must answer the Petition (Doc. 1) and the Motions (Doc. 3, 4) by **February 3, 2026**.

**IT IS FURTHER ORDERED** that the Clerk's Office must send the Petition (Doc. 1), the Motions (Doc. 3, 4), and this order to the Warden of the Otero County Processing Center via certified mail, return receipt requested.

Warden Dora Castro
Otero County Processing Center
26 McGregor Range Road
Chaparral, NM 88081

The Warden must answer this petition within **ten (10) days** of receipt.

**IT IS FINALLY ORDERED** that the Clerk's Office shall **ADD** the additional party Respondents set forth in the caption of this Order.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

2