IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


YUDELKA MEJIA,
next friend of YASHAEL A. ALMONTE MEJIA,

      Petitioner,

v.                                            26-cv-0084-JB-JMR

DORA CASTRO, *Warden of the Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Officer Director of*
*Enforcement and Removal Operations, El Paso*
*Field Office, Immigration and Customs*
*Enforcement*; TODD LYONS, *Acting Director*
*Immigration and Customs Enforcement*;
KRISTI NOEM, *Secretary, U.S. Department*
*of Homeland Security*; and PAMELA BONDI,
*U.S. Attorney General*,

      Respondents.

### ORDER TO SHOW CAUSE FOR FAILURE TO RESPOND

This matter is before the Court *sua sponte*.   On January 20, 2026, the Court entered an

Order to Serve and Answer.   Doc. 6.   Therein, the Court ordered Respondents Mary De Anda-

Ybarra, Todd Lyons, Kristi Noem, and Pamela Bondi ("Federal Respondents") to file a response

to Petitioner's *pro se* 28 U.S.C. § 2241 Habeas Petition (Doc. 1), Petitioner's Emergency Motion

for Release or Conditional Parole (Doc. 3), and Petitioner's Emergency Motion to Stay Credible

Fear Interview and Expedited Removal Actions (Doc. 4) no later than February 3, 2026.   *Id.*

The Clerk's Office served this order and other case documents on the United States Attorney's

Office via email to USANM.Civil.Immigration@usdoj.gov on January 21, 2026.

The Federal Respondents did not file a response by the February 3, 2026, deadline.   The

Court therefore orders the Federal Respondents to show cause no later than **February 13, 2026,**

explaining why they failed to comply with the Court's order and responding in full to the petition and motions.   Failure to do so may result in sanctions.

The CLERK OF COURT shall serve this order in compliance with the Court's Standing Order for service in petitions under 28 U.S.C. § 2241.   *See* 26MC04-03.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge