IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YUDELKA MEJIA,
next friend of YASHAEL A. ALMONTE MEJIA,

     Petitioner,

v.                                                                          26-cv-0084-JB-JMR

DORA CASTRO, *Warden of the Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement*; TODD LYONS, *Acting Director
Immigration and Customs Enforcement*;
KRISTI NOEM, *Secretary, U.S. Department
of Homeland Security*; and PAMELA BONDI,
*U.S. Attorney General*,

     Respondents.

## **ORDER FOR ADDITIONAL BRIEFING**

This matter is before the Court *sua sponte*.   In their response to Petitioner's habeas petition (Doc. 13), the federal respondents advise the Court that "on January 16, 2026, Petitioner received a positive credible fear determination from an asylum officer" and was therefore "removed from expedited removal and returned to regular '240' removal proceedings."   Doc. 13 at 3.   The Court does not have documents or other information about these changed circumstances.   According to public records available on the Executive Office for Immigration Review ("EOIR") webpage, https://acis.eoir.justice.gov/en/caseInformation, Petitioner is scheduled for a master hearing in front of Judge Brock E. Taylor on March 9, 2026.

The Court hereby orders the federal respondents **no later than March 16, 2026**, to provide additional information related to this case:

1. Any documents or notices in Petitioner's immigration file related to his credible fear interview and to the March 9, 2026 hearing, including the outcome of the March 9, 2026 hearing.

2. To the extent not already addressed, any information about how long it will take to adjudicate Petitioner's asylum petition, assuming one has been filed.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge