IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YASHAEL A. ALMONTE MEJIA,
*next friend* YUDELKA MEJIA,

      Petitioner,

v.                                                26-cv-0084-JB-JMR

DORA CASTRO, *Warden of the Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement*; TODD LYONS, *Acting Director
Immigration and Customs Enforcement*;
KRISTI NOEM, *Secretary, U.S. Department
of Homeland Security*; and PAMELA BONDI,
*U.S. Attorney General*,

      Respondents.

## ORDER GRANTING MOTION TO RECEIVE NOTICE

THIS MATTER is before the Court on a request from Petitioner Yashael Alexander Almonte Mejia's next friend, Udelka Mejia Lanfranco, requesting the Court send all documents filed in this case directly to her.  Doc. 24 at 1.  Having reviewed the request, the Court finds it well-taken and will GRANT it.

The Clerk of Court is hereby ordered to enter Yudelka Mejia Lanfranco as an interested party in this case so that she will receive notice of all documents filed after this date.  The Clerk of Court shall enter her address as follows:

      Yudelka Mejia Lanfranco
      8942 SW 49th St.
      Cooper City, FL 33328

                                      _____
                                      JENNIFER M. ROZZONI
                                      United States Magistrate Judge